UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

CASE NO. 1:23-CR-00144-JPC-2

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ALFRED CULBRETH | ) |
| | ) |
| Defendant. | ) |

_____/

**ALFRED CULBRETH'S SENTENCING MEMORANDUM**

As the government succinctly noted in its Memorandum, Mr. Culbreth and the government engaged in extensive plea negotiations resulting in a plea agreement which placed Mr. Culbreth in the 63-78 month sentencing range. The government perfectly articulated the reasons why the parties agreed to that resolution. Mr. Culbreth now asks this court to sentence him to no more than 63 months (the low end of the negotiated Guidelines range).

Al has accepted responsibility and has demonstrated sincere remorse for his conduct.[1] See **Letter of Sam Culbreth** ("I have seen him reflect seriously, carry the weight of it, and take responsibility in the ways he can. He has leaned further into his faith and focuses on moving forward with better judgment and stronger accountability."); **Letter of Rene Acker.** ("He openly acknowledges his mistakes, takes responsibility for them, and is sincerely committed to personal growth and living with integrity. I have personally witnessed his remorse and his desire to do better moving forward."); **Letter of Jimmy Ng** ("I have also witnessed firsthand how deeply remorseful Al is about the mistake that led to this situation. He takes full accountability for his actions and has shown sincere regret for the impact it may have caused."); **Letter of Raul Jidy** ("Rather than responding with bitterness or denial, he has devoted much of himself to deep reflection, repentance, and personal growth.").

Mr. Culbreth is a husband, a father, a son to his aging mother, Carmen Gallegos, and a spiritual man who proactively and meaningfully contributes to his local community. Mr. Culbreth has no criminal history and is also 60 years old now and is far from the person he was in 2014 when this conduct began and when this conduct stopped almost 8 years ago in 2018.

---

[1] Attached as **Exhibit A** is a compendium of sentencing letters.

Al knows what he did was wrong and that he will be sentenced to a period of imprisonment. Al is ready to serve that time with dignity, self-reflection, and positivity. Al asks that this Court recommend that he placed in the RDAP program based on his history of drug use (See PSI at ¶50) and that he be designated to Allenwood FCI Low or FMC Devens

Finally, Al requests a surrender date of April 10th which would allow him to be present for his son Ezekiel's 11th birthday before surrendering to his designated BOP facility.

A. Al Through the Lens of His Friends, Family, and Colleagues
(18 U.S.C. Section 3553(a)(1))

Al's oldest son, **Samuel Culbreth**, explained the positive impact Al has had on him throughout his life. *See* **Letter of Sam Culbreth** ("He has always been the kind of father who made sure I felt loved when I was with him."). Samuel praised the way he cares for his younger brother, Ezekiel. *Id.* ("He's not a cold or distant person, and I know he is now the same loving father to my younger brother, Ezekiel"). And, reinforced his father's kindness that extends to everyone around him. *Id.* ("I've seen him strike up a conversation with someone working a retail job who was clearly having a hard day, tip generously, and offer help without turning it into a performance.").

Al's friends and family also describe the love and devotion Al has for his family. Indeed, his sister-in-law, describes him as "a whole person: a devoted father, a caring son, a committed husband, and a man of faith capable of reflection, responsibility, and your consideration." *See* **Letter of Mariela Moreno** ("Within our family, he has consistently been a devoted husband, a caring brother-in-law, and a respectful father-in-law. Family has always been central to his life and actions."); *see* **Letter of Rene Acker** ("The bond between them is unmistakable and deeply rooted in love, guidance and presence. His son relies on him emotionally, mentally, and physically.").



*Pictured here are Al and Ezekiel playing chess*



*Pictured here are Ezekiel and Al in church*



*Pictured left to right are Lorena, Al, Ezekiel, Cesaur, and Olga*

Mr. Schectmann, who has been friends with Al for years, was impressed with Al's love for his family and how it impacts them. See **Letter of David Schectmann** ("Al is deeply involved in his son's life, not only in presence but in intention – guiding, teaching, and preparing him to become a thoughtful and grounded man.") Mr. Schectman detailed the joy Al brings to those around him. *Id.* ("In my own interactions with Al, he has never been anything but kind, sweet, funny, and generous with his time and advice. He has a natural ability to make people feel seen and valued."); **Letter of Daniel Sands** ("Alfred is not just a father; he is a crucial pillar of support in his son's life.").

Beyond this, Al's friends and family highlight Al's selflessness and generosity, his big heart, and unwavering devotion to family, God, and friends. **Rene Acker,** Al's cousin, underscored Al's generous character throughout his life. See **Letter of Rene Acker** ("During a time when he already had significant obligations of his own, Al made space in his life to help me get established."). Al's generosity also extended to the church and Al played "an active role in ensuring that individuals in need were cared for. Helping others is not something

Al does for recognition – it is a core part of who he is." *Id.* Mr. Acker also highlighted Al's "support during that period provided me with stability and confidence at a pivotal moment in my life." *Id.*

**Jimmy Ng,** one of Al's close personal friends, discussed Al's generous and nurturing spirit describing Al as someone willing to help "a neighbor in need, patients at my wellness clinic, volunteering time for community, family and school activities, or offering support to friends and family, Al is always someone others can rely on when needed." **Letter of Jimmy Ng.**

**Justin Schwartz**, a close friend of Al, spoke highly of Al's character. **Letter of Justin Schwartz** ("Through this time, I have come to know him as a man of integrity, compassion, and genuine care for others.") He described the positive energy Al brings, because of "[h]is passion for guiding and uplifting others is evident in everything he does" and how Al's "ability to listen, offer perspective, and provide emotional support helped me navigate some of the most difficult moments of my life. His presence reminded me of the wisdom and steadiness of a father or grandfather figure, and his guidance was truly invaluable." *Id.*

Mr. Schwartz recounts Al's generosity and empathy in caring for a woman having a manic episode:

> A young woman entered my work place experiencing what seemed to be a manic or bipolar episode, cycling rapidly between emotional highs and lows. She expressed she was searching for God, and Al immediately stepped in to speak with her calmly and compassionately. His spiritual guidance heled her regain control, and when rescue personnel arrived, his steady presence allowed them to assess and transport her safely to a medical facility. His actions that day demonstrated remarkable patient, empathy and genuine concern for a stranger in distress.[2]

---

[2] **Letter of Justin Schwarz;** *see* **Letter of Milton Serrett** ("He is a very respectful family oriented man who is always doing best for his kid and other people in general.").

**Daniel Sands,** a close friend and an attorney, appreciates Al for supporting him when he was a young attorney and describes how Al "championed me when I was just starting out, a testament to his general desire to see those around him succeed." See **Letter of Daniel Sands**

**German Perez Celi, a** former professional colleague, emphasized the strong character he knows Al to have and how "during his time working with Mr. Culbreth, I have come to know him as an honest, responsible, and kind-hearted individual." See **Letter of German Perez Coli**s.

Al is also a man of faith. Al contributes to his church, Calvary Chapel Miami Beach, "spending much of his time studying the Bible and writing." **Letter of Raul Jidy**. Al devotes his time to "ministering to members of the Jewish community" where he provides "spiritual guidance and practical life counsel." *Id.* In fact, **Pastor Robert Fountain** describes Al as a man of faith and family and detailed how Al's faith has rescued him and helped him to become a better parent and father to his son. **Letter of Pastor Robert Fountain** described Al as a man of faith and family. ("I firmly believe that Al is a man of sincere faith, which is the only thing that has sustained him in the last few years. He is extremely involved with parenting his son, and as a supporter of his widowed mother."). "His relationship with God is strong and deeply rooted. He studies spirituality, reflects on it, and writes about it, not as an abstract exercise but as a way of living with intention and accountability. He shares these insights freely, often through simple but powerful words." **Letter of David Schectmann**.

**Pastor Jose Diaz** also submitted a handwritten letter in Spanish

> Dear Honorable Juez Philip Calabrese
>
> Soy el Pastor Jose DIAZ, residente de la ciudad de Miami Florida.
> Quiero Testificar que conosco al Ser Al Culbreth hace unos 10 años asi como tambien a su esposa, El ha sido un esposo ejemplar un buen padre y yo he sido el mentor de ellos en la Iglesia Cristiana, doy fe de que su vida delante de Dios y de los hombres ha sido ejemplar como ciudadano.
> Siempre he escuchado espreciones de remordimiento de parte de El de su pasado.
> Yo mismo he recibido muchas bendiciones de ellos como hermanos en Cristo para predicar el Evangelio.
> Se del amor que tiene por su hijo de ser un ejemplo para el para que tenga un futuro util a Dios y a la sociedad
>
> Con: Respecto
> Pastor Jose DIAZ

Pastor Diaz describes how Al is a loving father, a man of faith who has served as a mentor at their church, and a man who has expressed remorse for his past deeds.[3]

B. <u>Al as a Caretaker to His Son Ezekiel and His Mother Carmen</u>

Al currently is the primary caretaker for his mom, Carmen, who is nearly 90 years old and suffers from health issues. Al assists her with daily living activities and Carmen relies on Al for support.

Equally as significant, Al plays an indispensable role in caring for his 10-year-old son, Ezekiel. Lorena Moreno, his wife and mother of Ezekiel, is set for trial. If Ms. Moreno were to prevail, then there would be no concern about the absence of both parents in jail. But, even if Ms. Moreno were to convince the jurors to exonerate her, Ezekiel will still suffer. Ezekiel

---

[3] The undersigned can represent to the court that he is a fluent Spanish speaker that frequently represents clients who are not able to communicate in English. As one example, counsel represented a client for two weeks in a trial during which time counsel had to communicate entirely in Spanish with the client during the trial.

will still be without his father for several years during a critical period for Ezekiel (10 to 15 years old). This is the time where, among other things, young men learn life-long lessons, choose who their friends are, and implement important discipline into their lives. Al will not be there to help captain Ezekiel's growth, but Al will devote himself to communicating with Ezekiel as often as possible and to continue to be a supportive and nurturing father even if its from a distance.

And so, while Al recognizes and accepts that he is going to prison, Al asks that your Honor consider his role in caring for his mother and the exceptionally important role he occupies for his young son, Ezekiel. [4]

---

[4] *See e.g. U.S. v. Husein* 478 F.3d 318 (6th Cir. 2007) (district court did not abuse its discretion by departing downward on the basis of family circumstances, specifically on the finding that defendant was "irreplaceable" to her family when sentencing defendant convicted by guilty plea of conspiracy to possess and distribute ecstasy; although a downward departure based on family circumstances was a discouraged factor to consider in sentencing, defendant was personally responsible to a significant extent for the physical and financial support of her disabled father, mother, and minor siblings, and jailing defendant not only would have forced her mother to remain at home to care for her father, but would have put the entire family on welfare).; *U.S. v. Dominguez,* 296 F.3d 192 (3rd Cir.2002) (in bank fraud case, district court erred in holding it could not depart four levels downward for defendant who resided with her elderly parents, who were physically and financially dependent upon her where father had undergone brain surgery and had suffered a heart attack,... circumstances were "truly tragic"); *U.S. v. Bueno*, 549 F.3d 1176 (8th Cir. 2008) (where defendant possessed more than 70 kilograms of cocaine, and guidelines 108-135 months, sentence of probation with house arrest for five years not unreasonable given wife's life-threatening illness and dependence on defendant); *U.S. v. Antonakopoulos,* 399 F.3d 68, 81 (1st Cir. 2005) (in bank fraud case, on remand district court may consider fact that defendant was caretaker for his brain damaged son as grounds for sentence below guideline range even though there were alternative means of care so defendant apparently did qualify for traditional departure); *U.S v. Haynes,* 557 F.Supp.2d 200 (D. Mass. 2008) (where defendant was convicted of selling drugs and guidelines 33-41 months, court sentences to time served because sentence public safety did not call for this sentence).

C. Al's Contributions in the Miami Community

In addition to seeking to help people within his own community with their personal struggles and to help them discover spirituality and faith, Al volunteers his time to teach tennis at the Ruth K Broad elementary school in Miami Beach. Indeed, the director of tennis, Pedro Caniza describes Al's commitment noting that "[o]ver the past several months, he has consistently demonstrated professionalism, reliability, and a genuine commitment to serving the community. Al regularly arrives Monday through Friday immediately after school and works with the students from 3:00 to 5:00 p.m., providing positive mentorship and support." **Letter of Pedro Caniza**. His optimism and instruction have guided the children at the school and have helped the kids gain confidence.

D. Sentencing Disparities (18 U.S.C Section 3553(a)(6))

In sentencing Mr. Culbreth, the court may consider other sentences imposed in this District (and outside this District) to achieve the goal of uniformity in sentencing under Section 3553(a)(6). Here, as the government accurately represents, there are several defendants in this district who have been sentenced to 63 and 65 months with similar loss amounts. *United States v. Turnipseede,* No. 22-CR-450 (N.D. Ohio) (65-month sentence in $4.7 million investment fraud/Ponzi scheme when government requested 78–97-month sentence); *United States v. Spivak et al.*, No. 21-CR-491 (N.D. Ohio) (63-month sentence and $1.6 million in restitution for defendant Richard Mallion in securities fraud scheme).

## CONCLUSION

For each of these reasons, Mr. Culbreth respectfully requests that this Court sentence him to no more than 63 months.

Respectfully submitted,

*/s/Edward J. O'Donnell, IV*
EDWARD J. O'DONNELL, IV
8101 Biscayne Boulevard, Suite 311
Miami, FL 33138
Tel: 305-573-1000
info@odonnellfirm.com
eod@odonnelfirm.com
Florida Bar No. 111661

*/s/Andrew S. Feldman*
FELDMAN FIRM PLLC
2 S Biscayne Blvd
Suite 2530
Miami, Florida 33131
Direct: 305.779.5950
Email: afeldman@feldmanpllc.com
Florida Bar No. 60325

*Attorneys for Alfred Culbreth*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was served via CM/ECF on all counsel of record.

*/s/Andrew S. Feldman*